UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HERITAGE RAILWAYS, INC., et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>BRADLEY ARTHUR HIROU,<br><br>                              Defendant. | Case No.:  3:24-CV-1802-CAB-JLB<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR ENTRY OF JUDGMENT;**<br><br>**(2) DENYING MOTION TO STAY/VACATE/DISMISS**<br><br>**[Doc. Nos. 53, 54]** |

Before the Court is Plaintiffs' motion for entry of judgment on their first claim for declaratory relief and fourth claim for defamation.  [Doc. No. 53.]  The Court previously granted summary judgment on those two claims.  [Doc. No. 52.]  Plaintiffs also request voluntary dismissal of their second, third, and fifth claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), which the Court **GRANTS**.  [Doc. No. 53 at 1.]

Defendant Bradley Arthur Hirou argues the motion for entry of judgment should be denied because the case is purportedly on appeal before the Ninth Circuit.  However, the Ninth Circuit recently affirmed the Court's Order granting Plaintiffs a preliminary injunction against Defendant.  *See Am. Heritage Rys. Inc. v. Hirou*, No. 25-1740, 2026 WL

1847153 (9th Cir. June 26, 2026).  Thus, there is no appeal pending before the Court of Appeals.  Defendant also repeats his unsuccessful and conclusory arguments that the case should be dismissed, stayed, or vacated; the Court **DENIES** Hirou's motion.  [Doc. No. 54.]

As all claims in this case have been resolved, the Court **GRANTS** Plaintiffs' motion, [Doc. No. 53], and **ORDERS** the Clerk of Court to enter final judgment for Plaintiffs in accordance with the relief granted in the order granting summary judgment. [Doc. No. 52.]

It is **SO ORDERED**.

Dated:  June 30, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:24-CV-1802-CAB-JLB